# EXHIBIT E

# LETTER FROM JUDGE MARCUS VERIFYING PLEA OFFER



**Judge Michael D. Marcus (Ret.)**

1900 Avenue of the Stars, Suite 250
Los Angeles, California 90067

TEL (310) 201-0010
FAX (310) 201-0016

**RECEIVED**

May 29, 2007

**MAY 31 2007**

Richard R. Ronald, Esq.
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Dear Mr. Ronald:

*Re: Stephen Liebb*

    In response to your May 7, 2007 letter, I was the prosecutor in Mr. Liebb's matter, and I did offer him a plea to murder in the second degree. Mr. Liebb rejected that offer because he wanted to plead, instead, to voluntary manslaughter. I do not recall what the Los Angeles County District Attorney's written policies were, if any, in 1981 or 1982 as to the acceptance of a plea to a murder charge.

Sincerely,

Michael D. Marcus

cc: David S. Dahle, Office of the Los Angeles County District Attorney