November 5, 2007

FILED

~~RECEIVED~~

07 NOV -8 PM 3:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court           Stephen Liebb
450 Golden Gate Ave.          C-60825  5N99U
San Francisco, CA 94102-9680  San Quentin, CA 94974

RE: CV 07 5577 CW (PR)

To: The Clerk of the US District Court:

I received notification that the above referenced case was designated for the ECF Program.

I filed a habeas petition in pro per, I am uncertain if I need to serve then ECF Registration Handout on all parties BEFORE the Court screens the petition and issues an Order to Show Cause.

I do not have access to the internet and would like to know if I must send the ECF Registration Information handout to the Attorney General.

Thank you for any information and clarification you can provide to me.

Respectfully,

Stephen Liebb

P.S. Please note I am an Inmate incercerated at San Quentin State Prison.