**STEPHEN LIEBB**
C-60825 5 N 9U
SAN QUENTIN, CA 94974

LEGAL MAIL

NORTH BAY CA 949
07 NOV 2007 PM 2 T

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT/CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3434

94102+3434