**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,                           No. C 07-05577 CW (PR)

      Petitioner,                    ORDER TO SHOW CAUSE

  v.

ROBERT AYERS, JR., Warden,

      Respondent.
_____/

Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 1, 2007.  He has paid the $5.00 filing fee.

In an Order dated February 5, 2008, the Court dismissed the petition with leave to amend to allege that Petitioner has exhausted his available state judicial remedies.[1]

On February 12, 2008, Petitioner filed an amended petition. He alleges that he filed habeas petitions in the Los Angeles County Superior Court and the California Court of Appeal, raising the same claims raised herein.  His habeas petitions were denied.  On October 24, 2007, the California Supreme Court denied the petition for review.

_____

[1] On that same date, the Court vacated its January 22, 2008 order consolidating this action with Petitioner's earlier action pending before this Court, Case No. C 04-04213 CW (PR).

**United States District Court**
For the Northern District of California

It does not appear from the face of the amended petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

1.    The Clerk of the Court shall serve a copy of this Order and the amended petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

2.    Respondent shall file with this Court and serve upon Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3.    If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within <u>sixty (60) days</u> of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>sixty (60) days</u> after the date Petitioner is served with Respondent's Answer.

4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement

2

United States District Court
For the Northern District of California

1  of non-opposition to the motion within <u>sixty (60) days</u> of receipt

2  of the motion, and Respondent shall file with the Court and serve

3  on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any

4  opposition.

5     5.   It is Petitioner's responsibility to prosecute this case.

6  Petitioner must keep the Court and Respondent informed of any

7  change of address and must comply with the Court's orders in a

8  timely fashion.  Petitioner must also serve on Respondent's counsel

9  all communications with the Court by mailing a true copy of the

10  document to Respondent's counsel.

11     6.   Extensions of time are not favored, though reasonable

12  extensions will be granted.  Any motion for an extension of time

13  must be filed no later than <u>ten (10) days</u> prior to the deadline

14  sought to be extended.

15     IT IS SO ORDERED.

16

17  Dated:  3/10/08

                              _____
                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

        Plaintiff,

  v.

R AYERS JR et al,

        Defendant.
_____/

Case Number: CV07-05577 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denise Alayne Yates
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Stephen Liebb
Reg. No. C-60825
San Quentin State Prison
San Quentin, CA 94974

Robert Ayers, Jr., Warden
San Quentin State Prison
San Quentin, CA 94974

Dated: March 10, 2008

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California