**EXHIBIT B**

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 29

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
BRANCH **SANTA MONICA**

COURT I.D.: **190011**

PEOPLE OF THE STATE OF CALIFORNIA versus [XX] PRESENT
DEFENDANT: **01 LIEBB, STEPHEN IARA**
AKA:
[ ] NOT PRESENT

CASE NUMBER(S): **A083014** -A

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
[ ] AMENDED ABSTRACT

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 01 / 31 / 83 | WE F | CHARLES H WOODMANSEE | P GOLDSTEIN |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| S YERGER | M MARCUS | WEITZMAN/SHAPIRO | X925201 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE CS-REFER | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 245A | ADW WITH FIRCE | 81 | 0909 82 | XX | | | M | X | | | | | | (3) |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

(blank enhancement grid for 12022(a), 12022(b), 12022.3(a), 12022.3(b), 12022.5, 12022.6(a), 12022.6(b), 12022.7, 12022.8)

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

4. OTHER ORDERS:

Count one and two are to concurrently Sheriff is to allow the deft use of the library

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: ————————————————————→ (3)
9. EXECUTION OF SENTENCE IMPOSED:
A. [XX] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

10. DATE SENTENCE PRONOUNCED: 01 / 31 / 83

| CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS 852 INCLUDING: | ACTUAL LOCAL TIME 568 | LOCAL CONDUCT CREDITS 284 | STATE INSTITUTIONS [ ] DMH [ ] CDC |
|---|---|---|---|---|

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[XX] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] OTHER (SPECIFY):
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[XX] CALIF. INSTITUTION FOR MEN — CHINO

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE _____  DATE 2-11-83

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:
CRC (P) M
PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS

LEGAL STATUS

| CDC NUMBER | ALPHA ID | NAME | TERM STARTS | ETHNIC |
|---|---|---|---|---|
| C-60825 | | LIEBB, STEPHEN | 02-15-83 | WHITE |

| MAX. RELEASE DATE | MIN. RELEASE DATE | MIN. ADJ. RELEASE DATE GT CR LOST/AT LARGE/BAIL | PAROLE PERIOD |
|---|---|---|---|
| TO BE DETERMINED | M.E.P.D.: 11-12-98 | 1-20-97 | 05 YEARS |

BASE TERM    25-00    + ENHANCEMENTS    01-00    = TOTAL TERM    26-00

GOOD TIME CREDITS AVAILABLE (2931 PC) (PC 720    BC 2162 ) = 2882

PRE PRISON CREDITS:    CASE NO. LA A083014

```
                    2900.5 PC        568
                   1202.03 PC
                    2900.1 PC
                       CRC
                Mental Health
                    4019 PC          284
                    2931 PC
               Post Sentence          14
```

HEARINGS:

RX: 11-83
DOC: 3-85
INITIAL: 10-97

TOTAL PRE PRISON CREDITS (DAYS)    866

REGISTRATION REQUIRED PER _____

| DATE REC'D | CO. CASE NO. | CT. | CODE & OFFENSE | TYPE WPN. | DATE OF OFFENSE | SENTENCE DATE |
|---|---|---|---|---|---|---|
| CONTROLLING PRINCIPAL AND CONSECUTIVE (INCLUDING ENHANCEMENT) OFFENSE(S): | | | | | | |
| 02-15-83 | LA A083014 | 01 | P187 MURDER 1ST 25-LIFE | | 07-12-81 | 01-31-83 |
| | | | P12022b USE OF DW | KNIFE | | |
| NON-CONTROLLING OFFENSE(S) | | | | | | |
| 02-15-83 | LA A083014 | 02 | P245a ADW | BASEBALL BAT | 05-11-81 | 01-31-83 |

DEFENSE ATTORNEY: H. WEITZMAN/R. SHAPIRO DEPUTY PUBLIC DEFENDERS
INVESTIGATING AGENCY: BEVERLY HILLS POLICE DEPARTMENT

NAME LIEBB     C-60825     LPU     04-11-11-83     MO/ap

CDC 188C (1/81)

RECALCULATION OF MEPD FOR 15-LIFE AND 25-LIFE PRISONERS
RECEIVED PRIOR TO 5-27-87
PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR (DSL TERM COMPLETED)

_(margin notes: 1983-3-15 / 1983-3-15 / 97 / T14 PS / 111)_

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
   1. Total days served prior to waiver date (Waiver date
      – received date + postsentence credit)                = 111
   2. A1 ÷ 2 (round down)                                    = 55 ✓
   3. Less credits lost per PC2932                           – 0
   4. Credits to be vested                                   = 56

B. MAXIMUM ELIGIBLE PAROLE DATE
   1. _1983-3-15_ + _26_ -                                   = 2009-3-15 ✓
      RECEIVED DATE   TOTAL TERM                               BASE DATE
   2. Less total preconfinement credit                       – 866 ✓
   3. Less A4 OR vest 1/2 postsentence credit                – 56
   4. MAXIMUM ELIGIBLE PAROLE DATE                           = 2006-8-8 ✓

C. WORKTIME CREDIT PER PC2933/PC2934
   1. Less NET worktime credit earned from (waiver/)  2084
      received date through (2-15-89) or end of DSL    2084 / 2084   – 2084
      term if later
   2. Current MEPD (cannot exceed B4)                        = 2000-11-23 ✓

D. GOOD TIME CREDIT PER PC2931
   1. Date credit applied through (2-15-89)
      or date DSL term ends if later                         – 1989-2-15
   2. Days left to serve                                     = 4299    = 1433 ✓
   3. Divide by 3 (round up)                                 = 358 ✓
   4. PC Balance (D3 ÷ 4)                                    = 358 ✓
   5. BC Balance (D4 x 3)                                    = 1075 ✓

E. RECALCULATED MEPD (C2 – D3)                               = 1996-12-27 ✓
   1. Add credits lost for CDC 115's after D1       + PC 30 BC 90 = 120
   2. Subtract restorations for credit losses in E1 – PC    BC 90
   3. New PC/BC Balance                           PC= 328 BC= 1075
   4. Add any 7 or 9 year MEPD CS Life term(s)              + 0

F. ADJUSTED MEPD (E + E1 – E2 + E4)                          = 1997-1-20 ok

G. INITIAL PAROLE CONSIDERATION HEARING                      = 12/95 ok
   (13 months prior to F)                                      month/year

H. NEXT DOCUMENTATION HEARING    # 3                         = 3/92
                                                               month/year

Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted _2084_ days worktime credit
from _3-15-83_ through (2-15-89/ the end of your DSL term) (circle one).
Your (recalculated/ adjusted) (circle one) MEPD is _1-20-97_ Your initial
life parole consideration hearing will be scheduled during the month
of _12/95_/ first available calendar (circle one).

_C.A. Michael_                    _1-23-91_                       _N.A._
CASE RECORDS STAFF                  DATE

_C-60825_          _Lieb S._                  _CCI-4B_      Orig = C-File
NUMBER              NAME                      INSTITUTION   cc – B desk

5/89                       FORM A – SIDE 1