




STEPHEN LIEBB
C-60825 5N99U
SAN QUENTIN, CA 94974

U.S. DISTRICT COURT
1301 CLAY STREET, SUITE 400S
OAKLAND, CA 94612-5212

yeBroch                    7-14-8

**10 x 13**