IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB, | No. C 07-5577 CW (PR) |
|     Petitioner, | ORDER OF DISMISSAL |
|   v. | |
| ROBERT AYERS, JR., Warden, | |
|     Respondent. | |

Petitioner Stephen Liebb, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole by the California Board of Parole Hearings (Board) on July 27, 2006.

Petitioner has since filed another habeas action in this Court. See Liebb v. Ayers, Case No. C 08-2643 CW (PR). On the same date as this Order, the Court has granted habeas relief in Case No. C 08-2643 CW (PR), in which Petitioner challenged the 2007 Board hearing and denial.

Here, Petitioner claims that the Board's 2006 denial of parole was unlawful. Because Petitioner has been granted habeas relief in Case No. C 08-2643 CW (PR) and he does not challenge the validity of his conviction, he lacks a cognizable interest in the outcome of this action. See Reimers v. Oregon, 863 F.2d 630, 632 (9th Cir. 1988) (a moot action is one in which the parties lack a legally cognizable interest in the outcome).

For the foregoing reasons, the present petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED as moot without prejudice.

The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED:   12/2/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB, | Case Number: CV07-05577 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| R AYERS JR et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Liebb
Reg. No. C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: December 2, 2009

Richard W. Wieking, Clerk

By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.07\Liebb5577.dismiss(moot).wpd      3